Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KELLY MESSICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CSO FINANCIAL, INC., )<br>an Oregon corporation DBA Credit Services of Oregon, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 3:15-cv-485<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff Kelly Messick, by and through her counsel of record, Ryan A. Ballard of Ballard Law, PLLC, and lodges this notice of dismissal with prejudice as the parties have resolved their issues and Plaintiff no longer wishes to pursue this action. Each party will bear its own attorney fees and costs.

DATED: November 28, 2015.

/s/ Ryan A. Ballard
Ryan A. Ballard
Ballard Law, PLLC

**Notice of Dismissal With Prejudice - Page 1 of 1**